# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CRIMINAL NO.  1:07CR31

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DERRICK LOUIS FREEMAN, II** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Defendant's motion to suppress.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion to suppress is hereby **DEFERRED** until such issue is raised during the trial of this case.

Signed: June 15, 2007

Lacy H. Thornburg
United States District Judge