IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR31

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| DERRICK LOUIS FREEMAN, II | ) | |

**THIS MATTER** came on for hearing before the Court on Defendant's motion to suppress.

For the reasons stated in open court and upon the record,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to suppress is hereby **DENIED.**

Signed: July 11, 2007

Lacy H. Thornburg
United States District Judge